AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Carnes, Julie E. | Eleventh Circuit Court of Appeals | 4/21/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

56 Forsyth Street, N.W.
Suite 360
Atlanta, Georgia 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Spouse - self-employed; partner in law firm |
| 2. 2015 | Spouse - part-time employee; University System of Georgia |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/21/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Associated Credit Union cash acc't | A | Interest | M | T | | | | | |
| 2. SunTrust Bank cash acc't | A | Interest | O | T | | | | | |
| 3. Trust #1 | | | | | | | | | |
| 4. - Suntrust Bank cash acc't | A | Interest | J | T | | | | | |
| 5. - Northwestern Mutual whole life insurance | B | Dividend | K | T | | | | | |
| 6. Wells Fargo Bank cash acc't | A | Interest | M | T | | | | | |
| 7. Capital One 360 cash acc't | B | Interest | M | T | | | | | |
| 8. Prudential Life Insurance Company Annuity | A | Dividend | O | T | | | | | |
| 9. Athens GA Hsg Auth Rev UGARFDG East Campus 12/1/24 | C | Interest | L | T | | | | | |
| 10. ATLANTA GA WTR & WASTEWTR REV RF NOV01 2022 | B | Interest | L | T | Buy | 03/12/15 | L | | |
| 11. ATLANTA GA WTR & WASTEWTR REV RF NOV01 2033 | B | Interest | L | T | Buy | 02/25/15 | L | | |
| 12. Clayton Cnty GA Dev Auth Rev Tuff Archives RF 07/01/2025 | B | Interest | | T | Sold | 02/25/15 | M | B | |
| 13. Cobb Cnty GA Dev Auth Rev Ser A CIFG due 7/15/17 | B | Interest | L | T | | | | | |
| 14. COLUMBIA CNTY GA SCH DIST SCH GTD APR01 2022 | A | Interest | L | T | Buy | 11/17/15 | L | | |
| 15. Fayette Co. GA Sch DT Maty: 03/01/2017 | B | Interest | K | T | | | | | |
| 16. Fulton Cnty GA Dev Auth Rev Catholic B 11/15/2023 | B | Interest | K | T | | | | | |
| 17. Gainesville-Hall Cnty GA HSPRV Northeast B RF 02/15/2045 | B | Interest | | T | Sold | 02/23/15 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GEORGIA MUN GAS AUTH GAS REV TOCCOA PROJ DUE 6/01/20 | B | Interest | | T | Sold | 02/25/15 | K | A | |
| 19. GEORGIA ST SER A JAN01 2023 | A | Interest | M | T | Buy | 08/18/15 | M | | |
| 20. GEORGIA ST HIGHER ED FACS AUTH REV USG RF JUN15 2021 | B | Interest | L | T | Buy | 06/09/15 | L | | |
| 21. Gwinnett Co. GA Wtr & Swr Maty: 08/01/2015 | C | Interest | | T | Redeemed | 08/13/15 | L | A | |
| 22. GWINNETT CNTY GA SCH DIST RF FEB01 2024 | B | Interest | L | T | Buy | 06/01/15 | L | | |
| 23. GA ST Hsg&Fin AU Single Fam Mtg Sr.A,Subsr A-2-AMT due 6/1/16 | A | Interest | | T | Sold | 02/23/15 | L | B | |
| 24. Gainesville GA Wtr & Sew Rev Maty: 11/15/2017 | A | Interest | | T | Redeemed | 11/16/15 | K | A | |
| 25. HENRY CNTY GA SALES TAX MAY01 2020 | C | Interest | L | T | Buy | 03/02/15 | L | | |
| 26. METRO ATLANTA RTA GA SLS TAXRV RF NPFG JUL01 2023 | C | Interest | M | T | Buy | 02/24/15 | L | | |
| 27. SANDY SPRINGS GA PUB FACS AUTH REV CITY CTR MAY01 2025 | A | Interest | M | T | Buy | 10/28/15 | M | | |
| 28. Tampa FLA Health Sys Rev Baycare Health RF 11/15/2023 | B | Interest | L | T | | | | | |
| 29. BIF MONEY FUND | A | Interest | L | T | Buy | 02/27/15 | M | | |
| 30. Schwab Money Market Fund cash acc't | A | Interest | M | T | | | | | |
| 31. Merrill Lynch Bank cash acc't | A | Interest | N | T | | | | | |
| 32. JEA FLA ELEC SYS REV SUB-SER SER B B RF Maty: 10/1/22 | D | Interest | M | T | | | | | |
| 33. Kentucky ST PPTY & BLDGS Nov 01/18 | D | Interest | M | T | | | | | |
| 34. Phoenix AZ Ser A 7/01/21 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/21/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pennsylvania ST First Ser A Nov 01/17 | B | Interest | | T | Sold | 10/02/15 | M | D | |
| 36. Maine Mun Bd Bk Lt Ser C Nov 01/17 | D | Interest | M | T | | | | | |
| 37. Ohio ST Major New ST Infrastructure PJ Rev 1 Jun 15/16 | A | Interest | | T | Sold (part) | 03/17/15 | M | D | |
| 38. | | | | | Sold | 05/14/15 | L | C | |
| 39. TALLAHASSEE FLA HLTHFACSREV TALLAHASSEE MEM HLTHCARE 12/1/30 | C | Interest | | T | Sold | 02/23/15 | L | B | |
| 40. Washington Cnty Ore. CLEAN WTR SVCS SEW REV A Maty: 10/1/19 | D | Dividend | M | T | | | | | |
| 41. AMERICAN CAPITAL INCOME BUILDER FD CL F2 (CAIFX) | D | Dividend | M | T | | | | | |
| 42. AMERICAN BOND FD OF AMERICA CL F2 (ABNFX) | B | Dividend | M | T | Buy | 01/06/15 | L | | |
| 43. | | | | | Buy (add'l) | 05/07/15 | K | | |
| 44. | | | | | Buy (add'l) | 08/06/15 | L | | |
| 45. AMERICAN FUNDS INCOME FUND OF AMERICA CL F2 (AMEFX) | D | Dividend | M | T | | | | | |
| 46. BANK OF AMERICA, NA RASP (IIAXX) | A | Interest | K | T | Buy | 01/01/15 | K | | |
| 47. Blackrock Global Allocation FD INC INSTL (MALOX) | D | Dividend | M | T | | | | | |
| 48. Blackrock Multi Asset INCOME PORTFOLIO INSTL (BIICX) | D | Dividend | L | T | | | | | |
| 49. BLACKROCK STRATEGIC INCOME OPPRTNTS PTF (BSIIX) | C | Dividend | L | T | | | | | |
| 50. CHARTWELL SMALL CAP VALUE FUND CLASS I (CWSIX) | A | Dividend | M | T | Buy | 03/10/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | | | | | Buy (add'l) | 12/30/15 | K | | |
| 52. EATON VANCE RCHRD BRSTN EQUITY STRATGY FD (ERBIX) | B | Dividend | L | T | | | | | |
| 53. GOLDMAN SACHS SATELLITE STRATEGIES PORT FD I (GXSIX) | C | Dividend | | T | Sold (part) | 04/15/15 | L | A | |
| 54. | | | | | Sold | 11/23/15 | M | A | |
| 55. EATON VANCE SHT DURATION STRATEGIC INCOME FD CL I (ESIIX) | B | Dividend | K | T | Buy | 02/12/15 | K | | |
| 56. FIDELITY ADVISOR REAL ESTATE INCOME FUND CL I (FRIRX) | C | Dividend | L | T | Buy | 02/12/15 | K | | |
| 57. | | | | | Buy (add'l) | 11/23/15 | L | | |
| 58. HENDERSON GLOBAL EQUITY INCOME FD CLASS I (HFQIX) | C | Dividend | L | T | Buy | 04/28/15 | M | | |
| 59. ISHARES IBOXX $ INVT GRADE CORP BOND (LQD) | A | Dividend | M | T | Buy | 09/03/15 | J | | |
| 60. | | | | | Buy (add'l) | 11/27/15 | L | | |
| 61. | | | | | Buy (add'l) | 12/07/15 | K | | |
| 62. Ishares Select Divid Index FD (DVY) | C | Dividend | M | T | | | | | |
| 63. ISHARES S&P 100 (OEF) | B | Dividend | L | T | | | | | |
| 64. ISHARES TRUST SHS ISHARE EAFE MINIMUM V (EFAV) | B | Dividend | M | T | Buy | 01/23/15 | M | | |
| 65. ISHARES MSCI EAFE INDEX FUND (EFA) | B | Dividend | | T | Sold | 08/10/15 | L | C | |
| 66. LORD ABBETT BOND DEBENTURE FD CL F (LBDFX) | A | Dividend | M | T | Buy | 12/30/15 | M | | |
| 67. PIMCO STOCKSPLUS INTL FD (USD HEDGED) CL P (PIUHX) | C | Dividend | | T | Buy | 04/15/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Sold | 12/30/15 | L | A | |
| 69. PIMCO FOREIGN BOND FD (USD HEDGED) CL P (PFBPX) | D | Dividend | L | T | Buy | 04/15/15 | L | | |
| 70. | | | | | Buy (add'l) | 05/07/15 | K | | |
| 71. THORNBURG INVSMT INCOME BUILDER FUND CL I (TIBIX) | D | Dividend | M | T | | | | | |
| 72. VANGUARD VALUE ETF (VTV) | C | Dividend | M | T | | | | | |
| 73. VIRTUS MULTI SECTOR INTERMEDIATE BOND FD I (VMFIX) | C | Dividend | | T | Buy | 03/25/15 | M | | |
| 74. | | | | | Sold | 11/24/15 | L | A | |
| 75. Goldman Sachs Strategic Income Fund CL I (GSZIX) | A | Dividend | | T | Sold | 02/13/15 | J | A | |
| 76. JP Morgan Income Builder Fund CL Select (JNBSX) | C | Dividend | M | T | | | | | |
| 77. JP Morgan Strategic Income OPP Fund (JSOSX) | A | Dividend | | T | Sold | 03/25/15 | L | A | |
| 78. PRUDENTIAL SHORT DUR HIGH YLD INCOME FD CL Z (HYSZX) | A | Dividend | | T | Sold | 04/06/15 | L | A | |
| 79. Thornburg Limited Term Municipal Fund CL I (LTMIX) | B | Dividend | L | T | | | | | |
| 80. TRANSAMERICA GLOBAL EQUITY FUND CL I (TMUIX) | A | Dividend | L | T | Sold | 03/11/15 | L | A | |
| 81. Transamerica MLP & Energy Income Fund CL I (TMLPX) | B | Dividend | | T | Buy (add'l) | 01/07/15 | J | | |
| 82. | | | | | Sold | 04/29/15 | L | D | |
| 83. Blackrock Eqty Dividend Fund Instl (MADVX) | E | Dividend | M | T | | | | | |
| 84. Franklin Rising Dividends FD (FRDAX) | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. Franklin Income FD ADV Class (FRIAX) | C | Dividend | L | T | | | | | |
| 86. Loomis Sayles Strategic Inc FD (NEZYX) | A | Dividend | | T | Sold | 05/07/15 | L | C | |
| 87. SPDR INDEX SHS FDS (FEZ) | B | Dividend | L | T | | | | | |
| 88. AMERICAN CENTURY MID CAP VALUE FD INV CL (ACMVX) | C | Dividend | K | T | | | | | |
| 89. American Century Inflation ADJ BD INV (ACITX) | A | Dividend | K | T | | | | | |
| 90. BAIRD AGGREGATE BOND INST (BAGIX) | B | Dividend | L | T | | | | | |
| 91. BARON EMRG MKTS FD RETAIL (BEXFX) | A | Dividend | K | T | Buy | 01/23/15 | K | | |
| 92. BARON SMALL CAP FUND (BSCFX) | D | Dividend | L | T | | | | | |
| 93. BROWN ADVISORY GROWTH EQUITY INST (BIAGX) | D | Dividend | M | T | | | | | |
| 94. COLUMBIA CONTRARIAN CORE FD CL Z (SMGSZ) | C | Dividend | L | T | | | | | |
| 95. EGSHARES ETF EMERGING MARKETS (ECON) | A | Dividend | | T | Sold | 06/03/15 | J | A | |
| 96. FEDERATED SHORT INTERMEDIATE DURATION MUNI TR INST (FSHIX) | B | Dividend | M | T | Buy (add'l) | 01/20/15 | J | | |
| 97. | | | | | Buy (add'l) | 02/20/15 | J | | |
| 98. | | | | | Buy (add'l) | 03/20/15 | J | | |
| 99. | | | | | Buy (add'l) | 04/20/15 | J | | |
| 100. | | | | | Buy (add'l) | 05/20/15 | J | | |
| 101. | | | | | Buy (add'l) | 06/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/21/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Buy (add'l) | 07/20/15 | J | | |
| 103. FMI INTL FD (FMIJX) | A | Dividend | K | T | Buy | 01/23/15 | K | | |
| 104. FEDERATED TOTAL RETURN BOND FD INST CL (FTRBX) | B | Dividend | K | T | | | | | |
| 105. FIDELITY CONTRA FUND (FCNTX) | D | Dividend | M | T | | | | | |
| 106. FRANKLIN GROWTH FUND ADV CL (FCGAX) | B | Dividend | L | T | | | | | |
| 107. GLOBAL X ETF NEXT EMERGING & FRONTIER (EMFM) | A | Dividend | J | T | Buy (add'l) | 06/18/15 | J | | |
| 108. HARBOR INTERNATIONAL FUND INST CL (HAINX) | B | Dividend | L | T | | | | | |
| 109. ISHARES TRUST JP MORGAN USD EMERGING MARKETS ETF (EMB) | A | Dividend | J | T | Buy | 02/12/15 | J | | |
| 110. ISHARES 20+ TREASURY BOND ETF (TLT) | A | Dividend | J | T | Buy | 02/12/15 | J | | |
| 111. ISHARES CHINA LARGE CAP ETF (FXI) | A | Dividend | J | T | Buy | 06/11/15 | J | | |
| 112. | | | | | Sold (part) | 07/08/15 | J | A | |
| 113. ISHARES COMMODITIES SELECT STRATEGY ETF (COMT) | A | Dividend | J | T | Buy | 02/12/15 | J | | |
| 114. ISHARES CURRENCY HEDGED MSCI GERMANY ETF (HEWG) | A | Dividend | J | T | Buy | 02/12/15 | J | | |
| 115. ISHARES MSCI JAPAN ETF (EWJ) | A | Dividend | J | T | Buy | 02/12/15 | J | | |
| 116. | | | | | Sold (part) | 06/18/15 | J | A | |
| 117. ISHARES MSCI UNITED KINGDOM ETF (EWU) | A | Dividend | | T | Buy | 06/11/15 | J | | |
| 118. | | | | | Sold | 09/03/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. ISHARES MSCI EAFE SMALL CAP ETF (SCZ) | A | Dividend | L | T | Buy | 04/27/15 | K | | |
| 120. | | | | | Buy (add'l) | 08/14/15 | K | | |
| 121. | | | | | Buy (add'l) | 12/11/15 | J | | |
| 122. ISHARES ETF AAA-A RATED CORPORATE (QLTA) | A | Dividend | | T | Sold | 10/07/15 | J | A | |
| 123. ISHARES S&P U S PFD FUND S&P U S PFD STK INDEX FD (PFF) | B | Dividend | K | T | | | | | |
| 124. ISHARES Core Total U.S. Bond Mkt ETF(AGG) | B | Dividend | L | T | | | | | |
| 125. ISHARES TR BOND 1-3 YEAR CREDIT BOND ETF (CSJ) | A | Dividend | L | T | | | | | |
| 126. ISHARES GOLD TRUST (IAU) | A | Dividend | J | T | Buy (add'l) | 02/24/15 | J | | |
| 127. ISHARES MSCI HONG KONG INDEX FUND (EWH) | A | Dividend | J | T | Sold (part) | 10/07/15 | J | A | |
| 128. ISHARES MSCI INDIA ETF (INDA) | A | Dividend | | T | Sold | 06/11/15 | J | A | |
| 129. ISHARES MSCI GERMANY INDEX FUND (EWG) | A | Dividend | | T | Sold | 10/01/15 | J | A | |
| 130. ISHARES TR BARCLAYS 7-10 YR TREAS.BOND FD (IEF) | A | Dividend | K | T | | | | | |
| 131. ISHARES (TR BARCLAYS) TIPS BOND FUND (TIP) | A | Dividend | J | T | | | | | |
| 132. ISHARES TR RUSSELL 2000 RUSSELL 2000 INDEX FUND (IWM) | A | Dividend | J | T | Sold (part) | 02/12/15 | J | A | |
| 133. LORD ABBETT SHORT DUR INCOME FD CL A (LALDX) | C | Dividend | M | T | | | | | |
| 134. Lord Abbett Multi Asset Income Fund (LIGFX) | C | Dividend | | T | Sold | 12/31/15 | M | A | |
| 135. METROPOLITAN WEST TOTAL RETURN BOND M (MWTRX) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. OAKMARK INT'L FUND (OAKIX) | C | Dividend | L | T | Sold (part) | 11/24/15 | J | A | |
| 137. OPPENHEIMER INTL SMALL COMPANY FD CL A (OSMAX) | A | Dividend | K | T | Buy | 01/23/15 | K | | |
| 138. OPPENHEIMER EQUITY INCM FD CL A (QCV3Z) | C | Dividend | | T | Sold (part) | 04/27/15 | K | D | |
| 139. | | | | | Sold | 12/11/15 | K | A | |
| 140. OPPENHEIMER DEVELOPING MKTS FD CL Y (ODVYX) | B | Dividend | L | T | Buy (add'l) | 12/11/15 | K | | |
| 141. PIMCO ETF 0-5 YR HIGH YIELD CORP (HYS) | A | Dividend | J | T | Sold (part) | 02/12/15 | J | A | |
| 142. PIMCO FOREIGN BOND FUND CLASS D (PFODX) | B | Dividend | K | T | Buy | 01/23/15 | K | | |
| 143. PIMCO FOREIGN BOND FD UNHEDGED CL D (PFBDX) | A | Dividend | | T | Sold | 01/23/15 | K | A | |
| 144. POWERSHS DB COMMDTY INDX (DBC) | A | Dividend | | T | Sold (part) | 02/12/15 | J | A | |
| 145. | | | | | Sold | 03/06/15 | J | A | |
| 146. POWERSHARES S&P ETF 500 LOW VOLATILITY (SPLV) | D | Dividend | N | T | | | | | |
| 147. POWERSHS QQQ TRUST SER 1 (QQQ) | A | Dividend | K | T | Sold (part) | 02/12/15 | J | A | |
| 148. | | | | | Sold (part) | 06/18/15 | J | A | |
| 149. SCHWAB FUNDAMENTAL INTL LARGE COMPANY ETF (FNDF) | A | Dividend | K | T | Buy | 01/23/15 | K | | |
| 150. SCHWAB FUNDAMENTAL INTL SMALL COMPANY ETF (FNDC) | A | Dividend | J | T | Buy | 01/23/15 | J | | |
| 151. SENTINEL SMALL COMPANY I (SIGWX) | D | Dividend | K | T | | | | | |
| 152. SPDR BARCLAYS CAP ETF SHORT TERM CORPORATE (SCPB) | A | Dividend | K | T | Buy (add'l) | 10/07/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. SPDR BARCLAYS SHORT TERM HIGH ETF (SJNK) | A | Dividend | K | T | Buy | 08/14/15 | K | | |
| 154. S P D R S&P 500 ETF TR EXPIRING 01/22/2118 (SPY) | A | Dividend | J | T | Sold (part) | 02/12/15 | J | C | |
| 155. SPDR S&P Dividend ETF (SDY) | D | Dividend | M | T | | | | | |
| 156. Parnassus Core Equity Income Fund Investor SH (PRBLX) | D | Dividend | L | T | | | | | |
| 157. Manning & Napier World Oppty A (EXWAX) | A | Dividend | | T | Sold | 01/23/15 | K | A | |
| 158. Schwab S&P 500 Index FD (SWPPX) | C | Dividend | M | T | | | | | |
| 159. Scout Intl FD (UMBWX) | C | Dividend | | T | Sold | 01/23/15 | K | A | |
| 160. Vanguard Growth ETF (VUG) | C | Dividend | N | T | | | | | |
| 161. TCW TOTAL RETURN BOND FUND I CLASS (TGLMX) | C | Dividend | M | T | | | | | |
| 162. VANGUARD EQUITY INCOME FD ADMIRAL SHS (VEIRX) | A | Dividend | K | T | Buy | 06/25/15 | K | | |
| 163. VANGUARD ITC DV ETF (VCIT) | A | Dividend | J | T | Buy | 10/07/15 | J | | |
| 164. VANGUARD INTL EQTY ETF GLOBAL EX-US REAL ESTATE (VNQI) | A | Dividend | K | T | Buy (add'l) | 08/14/15 | J | | |
| 165. | | | | | Buy (add'l) | 12/11/15 | K | | |
| 166. VANGUARD EQUITY INCOME FD INVESTOR SHRS (VEIPX) | | Dividend | | T | Sold | 06/25/15 | K | A | |
| 167. VANGUARD REIT (VNQ) | B | Dividend | K | T | Sold (part) | 02/12/15 | J | A | |
| 168. | | | | | Sold (part) | 06/11/15 | J | A | |
| 169. VANGUARD SMALL CAP VALUE (VBR) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. VANGUARD WHITEHALL FUNDS HIGH DIVIDEND YIELD (VYM) | B | Dividend | L | T | | | | | |
| 171. VANGUARD BOND INDEX FUNDTOTAL BOND MARKET ETF (BND) | A | Dividend | K | T | Buy (add'l) | 02/24/15 | J | | |
| 172. | | | | | Sold (part) | 10/15/15 | J | A | |
| 173. VANGUARD DIV APPRECIATION (VIG) | A | Dividend | K | T | Sold (part) | 02/12/15 | J | C | |
| 174. VANGUARD MSCI FTSE Developed Markets ETF (VEA) | A | Dividend | K | T | | | | | |
| 175. VANGUARD MSCI FTSE EMERGING MARKETS ETF (VWO) | A | Dividend | J | T | Buy (add'l) | 06/03/15 | J | | |
| 176. VANGUARD TOTAL STOCK MKT (VTI) | A | Dividend | K | T | Sold (part) | 06/18/15 | J | A | |
| 177. WESTERN ASSET CORE PLUS BD FD 1 (WACPX) | C | Dividend | M | T | | | | | |
| 178. WISDOMTREE ASIA ETF LOCAL DEBT FUND (ALD) | A | Dividend | | T | Sold | 02/12/15 | J | A | |
| 179. WISDOMTREE DIVIDEND EX FINANCIALS FUND (DTN) | B | Dividend | K | T | | | | | |
| 180. WISDOMTREE JAPAN HEDGED EQUITY FUND (DXJ) | A | Dividend | J | T | Buy | 03/06/15 | J | | |
| 181. GENL ELEC CAP CP 5.1%15 INTERNOTE DUE 08/15/15 | B | Interest | | T | Redeemed | 08/07/15 | K | A | |
| 182. ABBVIE INC 2%18 DUE 11/06/18 | A | Interest | K | T | Buy | 04/27/15 | K | | |
| 183. AMAZON COM INC 2.6%19 DUE 12/05/19 | A | Interest | K | T | Buy | 04/27/15 | K | | |
| 184. GOLDMAN SACHS BK US 2%20 CD DUE 4/22/20 | A | Interest | K | T | Buy | 04/27/15 | K | | |
| 185. SIMON PPTY GRP 4.125%21 DUE 12/01/21 | B | Interest | K | T | Buy | 04/27/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186. LOEWS CORP 5.25%16 NOTES DUE 03/15/16 | B | Interest | K | T | | | | | |
| 187. STATE BK INDIA CD DUE 06/22/17 | A | Interest | L | T | | | | | |
| 188. CHARLESTON CO SC EDL EXCE 5%23REV DUE 12/01/23 | B | Interest | K | T | | | | | |
| 189. DALLAS FORT WORTH REV DUE 11/01/22 | A | Interest | K | T | | | | | |
| 190. HOUSTON TEX INDPT 5%23GO LTX DUE 02/15/23 | B | Interest | K | T | | | | | |
| 191. JEA FLA Wtr & Swr 5% 21 REV DUE 10/01/21 | A | Interest | K | T | | | | | |
| 192. Minnesota PUB FACS 5% 20 REV DUE 03/01/20 | A | Interest | K | T | | | | | |
| 193. Minnesota ST 4% 18GO UTX DUE 08/01/18 | A | Interest | K | T | | | | | |
| 194. Texas ST 5% 19GO DUE 10/01/19 | A | Interest | K | T | | | | | |
| 195. Washington St 5.0% 16 EXIT DB DUE 07/01/16 | A | Interest | K | T | | | | | |
| 196. LOS ANGELES CALIF GO U/LTX DUE 07/01/17 | A | Interest | K | T | | | | | |
| 197. MET T AUTH NY REV 5%26 TRAN COMB DUE 11/15/26 | A | Interest | K | T | Buy | 12/10/15 | K | | |
| 198. NC ST LTD OBG REV 5% 5/1/2025 | B | Interest | L | T | | | | | |
| 199. New Jersey Turnpike NJ REV 5% 1/1/25 | B | Interest | K | T | | | | | |
| 200. NEW YORK N Y CITY 5%17REV DUE 06/15/17 | A | Interest | K | T | | | | | |
| 201. PENNSYLVANIA ST 5%20GO UTX DUE 07/01/20 | B | Interest | K | T | | | | | |
| 202. SAN FRANCISCO CALIF REV DUE 05/01/21 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 203. SAN FRANCISCO CALIF GO U/LTX SCH IMPT DUE 06/15/24 | A | Interest | K | T | | | | | |
| 204. Univ Cincinnati OH REV 5% 6/1/23 | B | Interest | L | T | | | | | |
| 205. VIRGINIA ST PUB SCH 5%17GO DUE 08/01/17 | A | Interest | K | T | | | | | |
| 206. WASHINGTON ST FOR 5%19GO UTX DUE 07/01/19 | A | Interest | K | T | | | | | |
| 207. WISCONSIN ST TRANSN 5%24REV DUE 07/01/24 | B | Interest | K | T | | | | | |
| 208. King & Spalding LLP Cash Balance Plan | A | Dividend | L | T | | | | | |
| 209. Allianz GI FIXED INCOME SHARES SERIES C (FXICX) | D | Dividend | L | T | Buy (add'l) | 08/25/15 | J | | |
| 210. | | | | | Buy (add'l) | 09/25/15 | J | | |
| 211. Allianz GI FIXED INCOME SHARES SERIES M (FXIMX) | D | Dividend | L | T | Buy (add'l) | 02/04/15 | J | | |
| 212. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 213. | | | | | Buy (add'l) | 06/11/15 | K | | |
| 214. FHLMC A93070 5% 40 due 07/01/40 | A | Interest | | T | Sold (part) | 07/31/15 | J | A | |
| 215. | | | | | Sold | 08/11/15 | J | A | |
| 216. FHLMC C09068 3.5% 44 Due 11/1/44 | A | Interest | | T | Sold | 01/13/15 | J | A | |
| 217. FHLMC Q02173 4.5% 41 DUE 07/01/41 | A | Interest | J | T | | | | | |
| 218. FHLMC G07961 3.5%45 DUE 03/01/45 | A | Interest | J | T | Buy | 08/07/15 | J | | |
| 219. FHLMC G08623 3.5%45 DUE 01/01/45 | A | Interest | J | T | Buy | 02/04/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 220. | | | | | Buy (add'l) | 02/06/15 | J | | |
| 221. FHLMC G08659 3.5%45 DUE 08/01/45 | A | Interest | J | T | Buy | 08/27/15 | J | | |
| 222. FHLMC G08669 4%45 DUE 09/01/45 | A | Interest | J | T | Buy | 12/15/15 | J | | |
| 223. FHLMC C09071 4%45 DUE 02/01/45 | A | Interest | J | T | Buy | 02/09/15 | J | | |
| 224. FHLMC V81760 4%45 DUE 05/01/45 | A | Interest | J | T | Buy | 08/27/15 | J | | |
| 225. FNMA PL 190404 4.5% 40 DUE 05/01/40 | B | Interest | J | T | | | | | |
| 226. FNMA PL 745580 5% 36 DUE 06/01/36 | A | Interest | | T | Sold (part) | 07/31/15 | J | A | |
| 227. | | | | | Sold | 08/11/15 | J | A | |
| 228. FNMA PL AB9194 3.5% 43 Due 5/01/43 | A | Interest | | T | Sold | 01/14/15 | J | A | |
| 229. FNMA PL AH6231 4.5% 41 Due 3/01/41 | B | Interest | J | T | | | | | |
| 230. FNMA PL AL3423 5% 40 DUE 05/01/40 | A | Interest | | T | Sold (part) | 07/31/15 | J | A | |
| 231. | | | | | Sold | 08/10/15 | J | A | |
| 232. FNMA PL AP3839 3.5% 42 DUE 09/01/42 | A | Interest | | T | Sold | 01/15/15 | J | A | |
| 233. FNMA PL AT5675 3.5% 43 DUE 06/01/43 | A | Interest | | T | Sold | 01/14/15 | J | A | |
| 234. FNMA PL AU7258 3.5% 43 DUE 10/01/43 | A | Interest | | T | Sold | 01/14/15 | J | A | |
| 235. FNMA PL AV4892 4.5% 43 Due 12/01/43 | A | Interest | J | T | | | | | |
| 236. FNMA PL AV9316 4.5% 44 Due 3/01/44 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 237. FNMA PL 310104 5.5%37 DUE 08/01/37 | A | Interest | J | T | Buy (add'l) | 02/02/15 | J | | |
| 238. | | | | | Buy (add'l) | 02/06/15 | J | | |
| 239. FNMA PL 310151 5.5%34 DUE 11/01/34 | A | Interest | J | T | Buy (add'l) | 02/02/15 | J | | |
| 240. | | | | | Buy (add'l) | 02/06/15 | J | | |
| 241. FNMA PL AL5213 4.5%44 DUE 04/01/44 | B | Interest | J | T | Buy | 01/22/15 | | | |
| 242. FNMA PL AL6745 4%44 DUE 08/01/44 | A | Interest | J | T | Buy | 05/13/15 | | | |
| 243. FNMA PL AS0907 3.5%28 DUE 11/01/28 | A | Interest | J | T | Buy | 02/10/15 | | | |
| 244. FNMA PL AS4168 4%44 DUE 12/01/44 | B | Interest | J | T | Buy | 01/20/15 | | | |
| 245. FNMA PL AS4783 3.5%45 DUE 04/01/45 | A | Interest | J | T | Buy | 05/12/15 | | | |
| 246. FNMA PL AS5629 3.5%45 DUE 08/01/45 | A | Interest | J | T | Buy | 08/10/15 | | | |
| 247. FNMA PL AV6368 3.5%29 DUE 01/01/29 | A | Interest | J | T | Buy | 02/19/15 | | | |
| 248. FNMA PL AW8992 4.5%44 DUE 07/01/44 | A | Interest | J | T | Buy | 06/08/15 | | | |
| 249. FNMA PL AX3195 4%44 DUE 09/01/44 | A | Interest | J | T | Buy | 02/23/15 | | | |
| 250. FNMA PL AX7296 4.5%44 DUE 12/01/44 | A | Interest | J | T | Buy | 06/08/15 | J | | |
| 251. FNMA PL AX7732 3.5%45 DUE 03/01/45 | A | Interest | J | T | Buy | 02/23/15 | J | | |
| 252. FNMA PL AB3387 4%41 DUE 08/01/41 | A | Interest | J | T | Buy | 07/13/15 | J | | |
| 253. US TREASURY NT 2.375% 8/24 DUE 08/15/24 | A | Interest | | T | Buy (add'l) | 04/08/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/21/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 254. | | | | | Buy (add'l) | 04/15/15 | J | | |
| 255. | | | | | Buy (add'l) | 08/11/15 | J | | |
| 256. | | | | | Sold | 11/05/15 | K | A | |
| 257. US TREASURY NT 0.75% 10/17 DUE 10/31/17 | A | Interest | J | T | Sold (part) | 01/09/15 | K | A | |
| 258. | | | | | Sold | 08/25/15 | J | A | |
| 259. US TREASURY 2%11/21 BOND DUE 11/15/21 | A | Interest | K | T | Buy (add'l) | 03/09/15 | J | | |
| 260. US TREASURY 3.125%08/44 BOND DUE 08/15/44 | A | Interest | J | T | Buy (add'l) | 12/01/15 | J | | |
| 261. US TREASURY NT 3.625% 2/21 DUE 02/15/21 | A | Interest | | T | Sold (part) | 08/25/15 | J | A | |
| 262. | | | | | Sold | 11/25/15 | J | A | |
| 263. UST INFL IDX 0.125%07/22 DUE 07/15/22 | A | Interest | K | T | Sold (part) | 04/07/15 | J | A | |
| 264. UST INFL IDX 2.5% 01/29 DUE 01/15/29 | A | Interest | K | | Buy (add'l) | 03/06/15 | J | | |
| 265. | | | | | Sold (part) | 04/07/15 | J | A | |
| 266. UST INFL IDX 0.125%04/16INFL INDEX DUE 04/15/16 | A | Interest | J | T | Buy | 01/13/15 | K | | |
| 267. | | | | | Sold (part) | 07/31/15 | J | A | |
| 268. | | | | | Sold (part) | 11/05/15 | J | A | |
| 269. UST INFL IDX 0.375%07/25INFL INDEX DUE 07/15/25 | A | Interest | K | T | Buy | 11/09/15 | K | | |
| 270. Trust #2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/21/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. - Wells Fargo cash acc't | A | Interest | N | T | | | | | |
| 272. - Cornerstone Bank cash acc't | B | Interest | M | T | | | | | |
| 273. - Coca-Cola common stock | B | Dividend | L | T | | | | | |
| 274. - Fidelity Bank cash acc't | B | Interest | M | T | | | | | |
| 275. - SunTrust Bank cash acc't | A | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/21/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) The 2014 FDR, p. 21, line 304, inadvertently showed this cash account as still open, when in fact it was closed. The 2014 FDR should have shown Column D(1) as "Closed"; D(2) as 12/18/14; D(3) as M; and D(4) as A. This asset is not shown on the 2015 FDR.

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 4/21/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Julie E. Carnes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544